FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 2 4 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RONALD G. BENTLEY | § | |
| | § | |
| V. | § | CASE NO. 4:05cv211 |
| | § | (Judge Schell/Judge Bush) |
| Commissioner of Social | § | |
| Security Administration | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action for judicial review of the administrative denial of Social Security Disability Insurance Benefits and Supplemental Security Income, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636.   On January 4, 2006, the Magistrate Judge entered his report containing his proposed findings of fact and recommendation that the decision of the commissioner should be affirmed.

As neither party has filed objections to the Report and Recommendation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.   Therefore, the Court hereby adopts the findings and conclusions of the

1

Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the decision of the Commissioner shall be and is hereby **AFFIRMED**.   All motions by either party not previously ruled on are hereby **DENIED**.

Signed this _24th_ day of January, 2006

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

2